UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERAPHIN MEDIA, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant.* | Civil Action No. 23-3693 (RBW) |

**JOINT STATUS REPORT**

Pursuant to Local Civil Rule 16.3(b) and the Court's February 8, 2024 Minute Order, the parties jointly submit the following status report and proposal for further proceedings in this case:

(1) As previously reported, Defendant Federal Bureau of Investigation (the "Bureau") finished its search and located a PowerPoint presentation consisting of over 50 slides, including embedded media, and a video recording over an hour in length. Defendant has completed processing the FOIA request.

(2) The parties currently are conferring regarding attorney's fees and costs, in the hope this matter may be fully resolved short of summary judgment briefing.

(3) The parties propose that they file a further status report on or before May 6, 2025, to apprise the Court whether any issues remain. Should the parties resolve all remaining disputes prior to that date, they shall promptly inform the Court.

Dated: February 7, 2025                                    Respectfully submitted,

 /s/ Stephen D. Stambouliah  
STEPHEN D. STAMBOULIEH  
D.C. District Court Bar # MS0009  
Stambouliah Law, PLLC  
P.O. Box 428  
Olive Branch, MS 38654  
(601) 852-3440  

*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney  

BRIAN P. HUDAK  
Chief, Civil Division  

By: */s/ Tabitha Bartholomew*  
    TABITHA BARTHOLOMEW,  
      D.C. Bar #1044448  
    Assistant United States Attorney  
    U.S. Attorney's Office, Civil Division  
    601 D Street, NW  
    Washington, D.C. 20530  
    (202) 252-2529  
    Tabitha.Bartholomew@usdoj.gov  

*Attorneys for the United States of America*