UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERAPHIN MEDIA, LLC,

    *Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION,

    *Defendant*.

Civil Action No. 23-3693 (RBW)

**JOINT STATUS REPORT**

Pursuant to Local Civil Rule 16.3(b) and the Court's February 8, 2024 Minute Order, the parties jointly submit the following status report and proposal for further proceedings in this case:

(1)    As previously reported, Defendant Federal Bureau of Investigation (the "Bureau") finished its search and located a PowerPoint presentation consisting of over 50 slides, including embedded media, and a video recording over an hour in length. Defendant has completed processing the FOIA request.

(2)    The parties currently are conferring regarding attorney's fees and costs, in the hope this matter may be fully resolved short of summary judgment briefing.

(3)    The parties propose that they file a further status report on or before June 6, 2025, to apprise the Court whether any issues remain, in the event a stipulation of dismissal is not filed prior that date.

Dated: May 6, 2025                                   Respectfully submitted,

_/s/ Stephen D. Stamboulieh_                          EDWARD R. MARTIN, JR., D.C. Bar #481866
STEPHEN D. STAMBOULIEH                                United States Attorney
D.C. District Court Bar # MS0009
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440

*Counsel for Plaintiff*


                                                     By: _/s/ Tabitha Bartholomew_
                                                        TABITHA BARTHOLOMEW,
                                                          D.C. Bar #1044448
                                                        Assistant United States Attorney
                                                        U.S. Attorney's Office, Civil Division
                                                        601 D Street, NW
                                                        Washington, D.C. 20530
                                                        (202) 252-2529
                                                        Tabitha.Bartholomew@usdoj.gov


                                                     *Attorneys for the United States of America*