UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERAPHIN MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 23-3693 (RBW) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 27, 2025
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Stephen D. Stamboulieh         (by permission)*
STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiff*
*Counsel for Plaintiff*

By: */s/ Tabitha Bartholomew*
    TABITHA BARTHOLOMEW
    D.C. Bar #1044448
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2529
    Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*